IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TARIQ BELT, #40945037 | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 3:16-CV-0862-N-BK |
| | § | |
| CHIEF U.S. MARSHAL, et al., | § | |
|     Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's motions to proceed *in forma pauperis* [Doc. 5] and to expedite proceedings [Doc. 4] are **DENIED**, and that this action is **DISMISSED** as barred by the three-strike provision of 28 U.S.C. § 1915(g).

SO ORDERED this 29th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE